JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorney for Plaintiff
Bin XIANG

ORIGINAL FILED

JUL 23 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C 07 3769 JF

Bin XIANG

           Plaintiff

vs.

MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;
ROBERT S. MUELLER, Director of Federal Bureau of Investigation

           Defendants.

Case No.:

**COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS**

"Immigration Case"

Plaintiff Bin XIANG by and through his undersigned attorney, sues Defendants and states as follows:

1.    This action is brought against the Defendants to compel action on the application to Adjust to Permanent Resident Status, or Form I-485, by Plaintiff Bin XIANG, based on his marriage to his U.S. Citizen wife, properly filed by the Plaintiff. The I-485 application remains within the jurisdiction of the Defendants, who have improperly withheld action on said application to Plaintiff's detriments.

**PARTIES**

2.    Plaintiff Bin XIANG is a native and citizen of the People's Republic of China. His Form I-485, Application to Register Permanent Resident or Adjust Status was filed with the U.S.C.I.S. San Jose Office on July 28, 2004 (**Exhibit 1:Receipt Notice from the San Jose Office**) and is seeking to become lawful permanent resident of the United States as beneficiary of the Form I-130 petition filed by Plaintiff Bin XIANG's U.S. Citizen wife, Vivian W. MAO.

3.    Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS), and this action is brought against him in his official capacity. He is generally charged

1  with enforcement of the Immigration and Nationality Act, and is further authorized to delegate
2  such powers and authority to subordinate employees of the DHS  8 U.S.C. 1103(a); 8 C.F.R. 2.1.
3  4.    Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigations (FBI),
4  the law enforcement agency that conducts security clearances for other U.S. government agencies,
5  such as the Department of State. As will be shown, Defendant has failed to complete the security
6  clearance on Plaintiff's case.

## JURISDICTION

5.    Jurisdiction in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*, and 28 USC §2201 *et seq.* Relief is requested pursuant to said statutes.

## VENUE

6.    Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where the Plaintiff resides if no real property is involved in the action.

## EXHAUSTION OF REMEDIES

7.    Plaintiff has exhausted his administrative remedies.

## CAUSE OF ACTION

8.    Plaintiff Bin XIANG is a native and citizen of the People's Republic of China. His Form I-485, Application to Register Permanent Resident or Adjust Status, was filed with the U.S.C.I.S. San Jose Office on July 28, 2004 (**Exhibit 1: Receipt Notice from the San Jose Office**) and is seeking to become lawful permanent resident of the United States as beneficiary of the Form I-130 petition filed by Plaintiff Bin XIANG's U.S.C. wife, Vivian W. MAO (**Exhibit 2: I-130 Approval Notice**). Plaintiff had his AOS interview on February 3, 2005 at the San Jose Office and was informed on the date of the interview that Plaintiff Bin Xiang's case was pending security clearance (**Exhibit 3: AOS Notice**).

9.    According to the USCIS processing dates, the USCIS San Jose Office is currently processing I-485 adjustment application filed on January 13, 2007 (**Exhibit 4: Copy of San Jose Office Processing Dates Posted on July 16, 2007**). Plaintiff Bin XIANG's I-485 application has now remained pending for almost three years from the date of the filing.

10. Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants unreasonably have delayed in and have refused to adjudicate Plaintiff Bin XIANG's I-485 application for almost three years from the date of filing, thereby depriving him of the rights to the decision on his application and the peace of mind to which Plaintiff is entitled.

11. Plaintiff has been damaged by the failure of Defendants to act in accord with their duties under the law.

    (a) Plaintiff Bin XIANG has been damaged by simply being deprived of the adjudication of his Application to Adjust to Permanent Resident Status for almost three years. Plaintiff has also been unable to plan any foreign travel or pursue a future course of action in the United States due to the pendency of his I-485 application.

    (b) Plaintiff Bin XIANG has been damaged in that his employment authorization is tied to his status as applicant for permanent residency, and is limited to increments not to exceed one year. 8 CFR §274a.12(c)(9). Therefore, Plaintiff has been forced to repeatedly apply and pay for extensions of employment authorization to the continued inconvenience and harassment of Plaintiff to continually insure his work eligibility.

    (c) Plaintiff has been further damaged in that his naturalization application, for which he is eligible to apply three years after he receives his Permanent Resident status, has now been delayed due to the pendency of his I-485 application.

12. The Defendants, in violation of the Administrative Procedures Act and Mandamus Act, 5 USC §701 *et seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiff's I-485 application and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

**PRAYER**

13. WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration,

the Court enter an order:

    (a) requiring Defendants to expeditiously complete Plaintiff Bin XIANG's FBI Security Check for his I-485 application, if security check is the only reason for the delay;

    (b) requiring Defendants to expeditiously process Plaintiff's I-485 Application to conclusion;

    (c) awarding Plaintiff reasonable attorney's fees under the Equal Access to Justice Act; and

    (d) granting such other relief at law and in equity as justice may require.

Dated: July 20, 2007

Respectfully submitted,

Justin X. WANG, Esq.
Attorney for Plaintiff

## CERTIFICATION OF INTERESTED ENTITIES OR PERSON

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:       July 20, 2007                                    Respectfully submitted,

                                                              /s/ Justin X. Wang
                                                              Justin X. WANG, Esq.
                                                              Attorney for Plaintiff

## LIST OF ATTACHMENTS

| Exhibit | Description |
| --- | --- |
| 1 | I-485 Receipt Notice |
| 2 | I-130 Approval Notice |
| 3 | AOS Notice |
| 4 | Copy of San Jose Office Processing Dates Posted on July 16, 2007 |

Ex. 1

```
           USDHS
         SAN JOSE
      RETAIN THIS RECEIPT

      8:08AM    Jul 28/04
      00-0000 002   SNJ-EL
      #72328

      A #            98405006
      Last Name         XIANG
      First Name          BIN

      I-485         $315.00
      FP-Fee/FD258   $70.00
      I-130 SPOUSE $185.00
      I-765         $175.00

      Check         $745.00

      %Official%
      %Document%
```

Ex. 2

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-04-107-50224 | | CASE TYPE  I130  IMMIGRANT PETITION FOR RELATIVE,<br>FIANCE(E), OR ORPHAN |
|---|---|---|
| RECEIPT DATE<br>March 8, 2004 | PRIORITY DATE<br>March 2, 2004 | PETITIONER  A42 557 746<br>MAO, VIVIAN W. |
| NOTICE DATE<br>August 5, 2004 | PAGE<br>1 of 1 | BENEFICIARY<br>XIANG, BIN |

VIVIAN W. MAO
1498 FERGUSON WAY
SAN JOSE CA 95129

Notice Type: Approval Notice
Section: Husband or wife of U.S.
         Citizen, 201(b) INA

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



Form I-797 (Rev. 11/28/03) N

Ex. 3

*United States Department of Homeland Security*

1887 Monterey Road
San Jose, CA 95112

## ADJUSTMENT OF STATUS NOTICE

DATE: 2/3/05

YOUR ALIEN REGISTRATION No.: A98 405 006

Riding With _____

Bin Xiang
1498 Ferguson Way
San Jose, CA 95129

Dear Applicant:

Your application for permanent resident status is pending for the reason(s) checked below:

---

**INQUIRIES WILL NOT BE ACCEPTED UNTIL 120 DAYS AFTER YOUR INTERVIEW.** No response will be given if submitted prior to the 120 days. Inquiries may be submitted in one of the following manners:

**WALK-IN OR DROP OFF INQUIRY:**           OR        **MAIL**
INFORMATION UNIT LOBBY                                Bureau of Citizenship & Immigration Services
1887 Monterey Road, San Jose, CA                      ATTN: AOS INQUIRIES
SERVICE HOURS: Mon., Tues., Wed. and Fri. – 7:00 AM – 3:00 PM    1887 Monterey Road
Thurs. – 7:00 AM – 12:00 NOON                         San Jose, CA 95112

**NOTE: Please bring this notice with you if you come to the office. Please include a copy of this notice with any correspondence.**

---

☒ A required background check has been initiated; however, a response is still pending for
   ☒ you   ☐ your spouse   ☐ your child(ren): _____. (FBI Name Check Pend- "ERROI

☐ According to this month's visa bulletin, a visa number is not currently available for you. It is recommended that you call the State Department's Visa Bulletin telephone number, (202) 663-1541, on a monthly basis to determine when a visa number will become available. Your category is:_____
Country of Chargeability:_____ Priority Date_____. *When a visa number is available, you should* **MAIL** *a copy of this notice to: B.C.I.S. Attention: Priority Date; 1887 Monterey Road; San Jose, CA 95112.*

☐ The Service has determined that there is another immigration file that must be obtained and reviewed before your case can be completed.

☐ You will be advised of the time and date of a second interview. *If you have not heard anything from us within* **six months** *from the above date, you may inquire concerning your case in Room 219, Window 2.*

☐ An additional review of your case is required before a determination can be made as to your eligibility.

☐ Asylum Adjustment visa numbers are **NOT** available until **October 1ˢᵗ** of each year. If you have not heard anything by **December 1ˢᵗ** of that year, **mail** a copy of this notice to:
*B.C.I.S. Attention: Priority Date; 1887 Monterey Road; San Jose, CA 95112.*

☐ Please follow the instructions on Form I-72. You must submit all requested documents within 90 days. Additional time may not be granted (see 8 CFR 103.2(b)(8)).

DAO WILSON                            ☐ Attorney Notified

WR-830   (SNJ) 2210   (IREV. 06/05/03)

File Number  A 98 405 006

BIN XIANG
1498 FERGUSON WAY
SAN JOSE, CA 95129

Your application for status as permanent resident has been retained for processing. You will be notified when further action has been taken in your case. ~~Your request to accept employment has been adjudicated and the result is shown below. This employment authorization is valid only for the time necessary to decide your application for permanent residence.~~

If you change your address, marital, or employment status notify this office, referring to the above file number. To avoid delay in the processing of your application, please do not call or write to inquire about the current status of your case.

Sincerely yours,

K. A. Wilson, DAO
DISTRICT DIRECTOR



DATE OF ACTION
DD OR OIC OIC OFFICE

EMPLOYMENT ☐ GRANTED ☐ DENIED

Form I - 181a (Rev. 3-1-83) N

Ex. 4



Home   Contact Us   Site Map   FAQ

Search 

Advanced Search

| Services & Benefits | Immigration Forms | Laws & Regulations | About USCIS | Education & Resources | Press Room |
|---|---|---|---|---|---|

Print This Page       Back

# U.S. Citizenship and Immigration Services
## San Jose CA Processing Dates
## Posted July 16, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information. If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer

for your records.

District Office Processing Dates for **San Jose CA** Posted July 16, 2007

| Form | Form Name | Now Processing Cases with Receipt Notice Date of: |
|---|---|---|
| I-131 | Application for Travel Documents | April 14, 2007 |
| I-485 | Application to Register Permanent Residence or Adjust Status | January 13, 2007 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | April 14, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | April 14, 2007 |
| I-765 | Application for Employment Authorization | April 28, 2007 |
| N-400 | Application for Naturalization | November 20, 2006 |
| N-600 | Application for Certification of Citizenship | December 04, 2006 |

Print This Page     Back

07-20-2007 06:43 PM EDT

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security