1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7

8  Attorneys for Defendants

                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11

12  BIN XIANG ,                      )       No. C 07-3769 JF
                                     )
13                   Plaintiff,      )
                                     )
14         v.                        )
                                     )       STIPULATED DISMISSAL
15  MICHAEL CHERTOFF, Secretary of the )
    Department of Homeland Security, and )
16  ROBERT S. MUELLER, Director of the )
    Federal Bureau of Investigation,  )
17                                   )
                     Defendants.     )
18  _____ )

19         Plaintiff, by and through his attorney of record, and Defendants, by and through their

20  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

21  entitled action without prejudice in light of the fact that the United States Citizenship and

22  Immigration Services has approved his application for adjustment of status.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATED DISMISSAL
C 07-3769 JF

1    Each of the parties shall bear their own costs and fees.

2    Date: September 11, 2007                Respectfully submitted,

3                                            SCOTT N. SCHOOLS
                                             United States Attorney
4

5                                            _____/s/_____
                                             MELANIE L. PROCTOR[1]
6                                            Assistant United States Attorney
                                             Attorneys for Defendants
7

8    Date: September 11, 2007                _____/s/_____
                                             JUSTIN X. WANG
9                                            Attorney for Plaintiff

10

11                                **ORDER**

12    Pursuant to stipulation, IT IS SO ORDERED.

13

14    Date:                                  _____
                                             JEREMY FOGEL
15                                           United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27    _____

28    [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
C 07-3769 JF                     2