SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BIN XIANG, | ) | No. C 07-3769 JF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATED DISMISSAL |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, and ROBERT S. MUELLER, Director of the Federal Bureau of Investigation, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has approved his application for adjustment of status.

///

///

///

///

///

///

STIPULATED DISMISSAL
C 07-3769 JF

1  Each of the parties shall bear their own costs and fees.

2  Date: September 11, 2007                          Respectfully submitted,

3                                                    SCOTT N. SCHOOLS
                                                     United States Attorney
4

5                                                    _____/s/_____
                                                     MELANIE L. PROCTOR[1]
6                                                    Assistant United States Attorney
                                                     Attorneys for Defendants
7

8  Date: September 11, 2007                          _____/s/_____
                                                     JUSTIN X. WANG
9                                                    Attorney for Plaintiff

10

11                                **ORDER**

12     Pursuant to stipulation, IT IS SO ORDERED.

13  Date:  9/18/07

14                                                   _____
                                                     JEREMY FOGEL
15                                                   United States District Judge

---

28     [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
C 07-3769 JF                              2